# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2297

_____

| | | |
|---|---|---|
| Leslie Davis, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Hennepin County, a political | * | Appeal from the United States |
| subdivision; Commissioner Johnson; | * | District Court for the |
| Commissioner Opat; Commissioner | * | District of Minnesota. |
| Stenglein; Commissioner Dorfman; | * | |
| Commissioner Koblick; Commissioner | * | [UNPUBLISHED] |
| McLaughlin; Security Officer Rob | * | |
| Estes; Security Officer Jam | * | |
| Henderson; Security Supervisor Mara; | * | |
| Security Supervisor Billings; Security | * | |
| Officer Sco Elmore; Security | * | |
| Supervisor Columbein, and all others | * | |
| unknown, all in their personal and | * | |
| professional capacities, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 4, 2010
Filed: November 9, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this civil case removed from state court, Leslie Davis appeals the district court's[1] order dismissing his federal claims and remanding the remaining claims to state court. After careful de novo review, *see Strand v. Diversified Collection Serv., Inc.*, 380 F.3d 316, 317 (8th Cir. 2004), we agree with the district court that Davis's free speech rights were not violated: the pleadings establish that Davis wished to speak in a limited designated public forum, the protocol used to regulate the order of speakers was content neutral, Davis refused to follow that protocol and disrupted the meeting, and the security officers who removed him had probable cause to believe he was violating a Minnesota statute prohibiting disorderly conduct at public meetings. We reject Davis's argument that the district court improperly assumed facts, because they were established by his pleadings. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.